**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-6163**

_____

ERIC SIMMONS,

          Plaintiff - Appellant,

    v.

HULL, Superintendent; BASSERACK, Correctional Officer,

          Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Anthony John Trenga, District Judge. (1:12-cv-00035-AJT-TCB)

_____

Submitted: March 15, 2012          Decided: March 20, 2012

_____

Before DUNCAN and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Eric Simmons, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Simmons appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Simmons v. Hull, No. 1:12-cv-00035-AJT-TCB (E.D. Va. Jan. 20, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED